1 **HEATHER R. ROGERS**
California State Bar No. 229519
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org
5
6 Attorneys for Defendant Mr. Beltran
7
8                 UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA, | ) | Case No. 07mj8871 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| HECTOR BELTRAN-ZAMUDIO | ) | |
| aka, Evaristo Beltran Zamudio, | ) | |
| Defendant. | ) | |

17
        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                            Respectfully submitted,

Dated: October 29, 2007         *s/ Heather R. Rogers*
                                            HEATHER R. ROGERS
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
                                            heather_rogers@fd.org