**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Mr. Beltran

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj8871-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| **HECTOR BELTRAN ZAMUDIO,** ) | |
| **aka Evaristo Beltran-Zamudio**,) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: October 29, 2007        *s/ Heather R. Rogers*
        **HEATHER R. ROGERS**
        Federal Defenders
        225 Broadway, Suite 900
        San Diego, CA 92101-5030
        (619) 234-8467 (tel)
        (619) 687-2666 (fax)
        e-mail: heather_rogers@fd.org