UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>_Evaristo Beltran-Zamudio,_ )<br>_et al_ )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. _07CR3038-JLS_<br>ORDER _07mj8871_<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

_Moises Nery-Gonzalez_
_01686-298_
_IC)# 879429_

DATED: _11/8/07_

RECEIVED _____
           DUSM

**PETER C. LEWIS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _F. Flores_
Deputy Clerk